UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-10616 SB (PVCx) | Date: | December 23, 2020 |
|---|---|---|---|

| Title: | *Jynne Ross v. Beauty Supply Institute, LLC et al* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **[In Chambers] ORDER**

    The Court strikes without prejudice to refiling the MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff Jynne Ross for failure to meet and confer prior to its filing. If counsel chooses to refile said motion it should be calendared for Friday, February 5, 2020 @ 8:30 a.m. Counsel shall fully comply with L.R. 7-3 Conference of Counsel Prior to Filing of Motions.

    The Court also continues the Motion to Transfer, Dkt. No. 7, currently set for hearing on January 8, 2021 to February 5, 2020 at 8:30 a.m., so the motions can be heard concurrently.

    **IT IS SO ORDERED**.